UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| JAMES ROBERT DRURY,<br><br>    Petitioner,<br><br> v.<br><br>ARKANSAS DEPARTMENT OF CORRECTIONS,<br><br>    Respondent. | CASE NO. 3:15-CV-05430-RBL-DWC<br><br>ORDER GRANTING APPLICATION TO PROCEED *IN FORMA PAUPERIS* |

Petitioner has filed the current action pursuant to 28 U.S.C. § 1651. Before the Court is Petitioner's Motion to Proceed *In Forma Pauperis*. Dkt. 1.

Petitioner's application demonstrates he is unable to afford the $5.00 filing fee. Petitioner's Motion is therefore GRANTED. The Clerk is directed to file Petitioner's Petition for Writ of Mandamus without the payment of fees. The Clerk is further directed to send a copy of this Order to Petitioner.

Dated this 26th day of June, 2015.

                /s/ David W. Christel
                David W. Christel
                United States Magistrate Judge