UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

JAMES ROBERT DRURY,

           Petitioner,

v.

ARKANSAS DEPARTMENT OF CORRECTIONS,

           Respondent.

CASE NO. 3:15-CV-05430-RBL-DWC

ORDER ADOPTING REPORT AND RECOMMENDATION

The Court, having reviewed the Report and Recommendation of Magistrate Judge David W. Christel, objections to the Report and Recommendation, if any, and the remaining record, does hereby find and ORDER:

(1)    The Court adopts the Report and Recommendation.

(2)    Petitioner's Petition for Writ of Mandamus is dismissed.

(3)    The Clerk is directed to send copies of this Order to Petitioner and to the Hon. David W. Christel.

**DATED** this 13th day of August, 2015.

*Ronald B. Leighton* (signature)

Ronald B. Leighton
United States District Judge